**SHA-1 Hash:** B59067555817E071369436EAD2D329D913CB4BCB  **Title:** Asa Akira Is Insatiable #2
**Rights Owner:** Patrick Collins

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 24.0.28.20 | 5/25/2012 22:20 | Plainfield | NJ | Comcast Cable | BitTorrent |
| 2 | 24.0.45.15 | 6/13/2012 12:56 | Union | NJ | Comcast Cable | BitTorrent |
| 3 | 68.36.171.136 | 6/9/2012 20:19 | Millville | NJ | Comcast Cable | BitTorrent |
| 4 | 68.36.217.183 | 5/20/2012 18:56 | Eatontown | NJ | Comcast Cable | BitTorrent |
| 5 | 68.36.226.97 | 7/28/2012 11:36 | Wallington | NJ | Comcast Cable | BitTorrent |
| 6 | 68.45.114.29 | 6/13/2012 0:33 | Williamstown | NJ | Comcast Cable | BitTorrent |
| 7 | 69.142.252.205 | 7/28/2012 23:56 | Washington | NJ | Comcast Cable | BitTorrent |
| 8 | 71.226.233.11 | 5/18/2012 17:59 | Swedesboro | NJ | Comcast Cable | BitTorrent |
| 9 | 76.116.0.106 | 7/28/2012 18:56 | Riverside | NJ | Comcast Cable | BitTorrent |
| 10 | 76.117.154.114 | 6/22/2012 21:21 | Union | NJ | Comcast Cable | BitTorrent |
| 11 | 108.35.15.237 | 5/31/2012 20:05 | Jersey City | NJ | Verizon Internet Services | BitTorrent |
| 12 | 108.35.164.126 | 5/17/2012 12:27 | Haledon | NJ | Verizon Internet Services | BitTorrent |
| 13 | 108.35.209.23 | 6/18/2012 10:20 | Garfield | NJ | Verizon Internet Services | BitTorrent |
| 14 | 173.71.124.238 | 7/31/2012 7:10 | Haddonfield | NJ | Verizon Internet Services | BitTorrent |
| 15 | 74.102.87.242 | 5/28/2012 3:08 | Little Falls | NJ | Verizon Internet Services | BitTorrent |
| 16 | 96.242.82.175 | 6/6/2012 1:03 | Kendall Park | NJ | Verizon Internet Services | BitTorrent |
| 17 | 98.109.138.140 | 6/4/2012 12:54 | Short Hills | NJ | Verizon Internet Services | BitTorrent |

EXHIBIT A

CNJ21